SELDEN, appellant, v. FOWLER.

*Referee — decision upon conflicting evidence.*

Where the evidence is conflicting, it belongs to the referee to pass upon its weight, and upon the credibility of the witnesses; and although the evidence would have warranted a different conclusion, the court will not reverse the decision of the referee, unless it is against the clear and decided weight of the testimony.

APPEAL from a judgment entered upon the report of a referee. The action was brought by Gustavus W. Selden against Homer T. Fowler, upon an account for lumber.

*C. W. White,* for appellant.

*W. E. Scripture,* for respondent.

E. DARWIN SMITH, J.

The head-note states all that is material in the opinion.

*Judgment affirmed.*